**2008–0024.   State ex rel. Wooden v. Beightler.**
In Mandamus. On complaint in mandamus and petition for writ of habeas corpus of Tracy L. Wooden

and answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.